# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Debra Hutchison,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:17-cv-1140

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On July 12, 2018, United States Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court reverse the Commissioner of Social Security's ("Commissioner") nondisability findings and remand this case to the administrative law judge for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g). R&R 15, ECF No. 13.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 16. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is **SUSTAINED**, the Commissioner's nondisability finding is **REVERSED**, and the case is **REMANDED** for further consideration consistent with the findings of the R&R. The Clerk shall enter final judgment for Plaintiff and terminate this case.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**